**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **DANIEL SERPA,** | § | |
| | § | |
| ***Petitioner*,** | § | |
| | § | |
| **v.** | § | **No. 3:26-CV-01831-LS** |
| | § | |
| **WARDEN, OF CAMP EAST MONTANA, TX; AND ICE,** | § | |
| | § | |
| | § | |
| ***Respondents*.** | § | |

**<u>ORDER FOR CLARIFICATION</u>**

Respondents notified the Court that the petitioner in this case has been removed.[1] However, the detention history attached to the advisory shows a different detainee's name. Respondents shall verify the accuracy of the advisory and include the correct documentation by **<u>August 6, 2026</u>**.

**SO ORDERED**.

**SIGNED** and **ENTERED** on July 30, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

[1] ECF No. 6.