**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **DANIEL SERPA,** | § | |
| | § | |
| ***Plaintiff*,** | § | |
| | § | |
| **v.** | § | **No. 3:26-CV-01831-LS** |
| | § | |
| **WARDEN, OF CAMP EAST MONTANA, TX; AND ICE,** | § | |
| | § | |
| | § | |
| ***Defendants*.** | § | |

**ORDER DISMISSING CASE**

Respondents advised the Court that Petitioner has been removed.[1] Petitioner sought a writ of habeas corpus ordering his release from Immigration and Custom Enforcement custody.[2] The Court therefore denies the petition as moot and dismisses this case without prejudice.[3]

**SO ORDERED**.

**SIGNED** and **ENTERED** on August 7, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

[1] ECF No. 12.
[2] ECF No. 2 at 7.
[3] *See Ortez v. Chandler*, 845 F.2d 573, 575 (5th Cir. 1988) (holding that a habeas petition becomes moot when the habeas relief requested "can no longer be effected").